No. 566.   SULGER v. POCHYLA ET AL.   C. A. 9th Cir. Certiorari denied.   *George T. Davis* for petitioner.   *Solicitor General Griswold* for respondents.

No. 569.   CURRY v. FLORIDA BAR.   Sup. Ct. Fla.   Certiorari denied.   *Paul A. Louis, Bertha Claire Lee,* and *Fay L. Becker* for petitioner.   *Lyle D. Holcomb, Jr.,* for respondent.

No. 570.   SNELLING & SNELLING OF BALTIMORE, INC. v. MASCARO ET AL.   Ct. App. Md.   Certiorari denied. *Benjamin Lipsitz* and *Hyman K. Cohen* for petitioner. *Ambler H. Moss* for respondent Mascaro.

No. 571.   SYLVIA v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.   *Milton E. Grusmark* for petitioner.   *Earl Faircloth,* Attorney General of Florida, and *Melvin B. Grossman,* Assistant Attorney General, for respondent.

No. 575.   PRESTON v. WISCONSIN.   Sup. Ct. Wis. Certiorari denied.   *Kenneth J. Ehlenbach* for petitioner. *Warren H. Resh* for respondent.

No. 577.   GLIMCO ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied. *Edward J. Calihan, Jr.,* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Rogovin, Harry Baum,* and *Louis M. Kauder* for respondent.

No. 590.   JAYSON ET AL. v. UNITED STATES.   Ct. Cl. Certiorari denied.   *O. P. Easterwood, Jr.,* for petitioners. *Solicitor General Griswold* for the United States.